■ In the Matter of SUFFOLK COUNTY ASSOCIATION OF MUNICIPAL EMPLOYEES, INC., Petitioner, v LAMB & BARNOSKY, LLP, Respondent. [823 NYS2d 677]—Proceeding to disqualify the respondent from representing the County of Suffolk in a matter currently pending before the New York State Public Employment Relations Board. Motion by the respondent to dismiss the

proceeding on the ground that this Court lacks jurisdiction to entertain the proceeding.

Ordered that the motion to dismiss the proceeding is granted; and it is further,

Adjudged that the petition is denied and the proceeding is dismissed, without costs or disbursements.

This Court does not have subject matter jurisdiction (*see* CPLR 7804 [b]; 506 [b]) to entertain this proceeding. Crane, J.P., Krausman, Spolzino and Skelos, JJ., concur.